**FILED**

Oct 07 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

In the Matter of the Extradition of )
) Misc. No. 20-71077 MAG
LORENZO MEDRANO GONZALEZ )

<u>AFFIDAVIT OF WAIVER OF EXTRADITION</u>

I, Lorenzo Medrano Gonzalez, having been fully informed by my attorney, Assistant Federal Defender John Paul Reichmuth, of my rights under the extradition treaty in force between the United States and Mexico and 18 U.S.C. §§ 3184-3196, do hereby waive any and all such rights and ask the Court to expedite my return, in custody, to Mexico.

My attorney, with whose services I am satisfied, has explained to me the terms of the extradition treaty in force between the United States and Mexico, the applicable sections of Title 18 of the United States Code, and the Complaint filed by the United States Attorney in fulfillment of the United States' treaty obligations to the Government of Mexico. I understand that, pursuant to 18 U.S.C. § 3184, I am entitled to a hearing at which certain facts would need to be established, including:

– That currently there is an extradition treaty in force between the United States and Mexico;

– That the treaty covers the offenses for which my extradition was requested;

– That I am the person whose extradition is sought by Mexico; and

– That probable cause exists to believe that I committed the offenses for which extradition was requested.

I admit that I am the individual against whom a warrant has been issued in Mexico and for whom process is outstanding there. I fully understand that in the absence of a waiver of my rights, I cannot be compelled to return to Mexico unless and until a court in the United States

issues a ruling certifying my extraditability and the Secretary of State of the United States issues a warrant of surrender.

I have reviewed the complaint, and I fully understand my right to a hearing at which my counsel and I could challenge the extradition request presented by the Government of Mexico.

I hereby waive my rights under the extradition treaty and the applicable sections of Title 18 of the United States Code, and agree to be transported in custody, as soon as possible, to France, and to remain in custody of the United States Marshal pending the arrival of duly authorized representatives from Mexico.   No representative, official, or officer of the United States or of the Government of Mexico, nor any other person whosoever, has made any promise or offered any other form of inducement or made any threat or exercised any form of intimidation against me.  I execute this waiver of rights knowingly, voluntarily, and entirely of my own free will and accord.

Dated this  7th day of October, 2020.

/s/ Lorenzo Medrano Gonzalez
Lorenzo Medrano Gonzalez

/s/ John Paul Reichmuth
John Paul Reichmuth
Attorney for Lorenzo Medrano Gonzalez

I hereby certify that on this 7th day of October, 2020, Lorenzo Medrano Gonzalez personally appeared before me and made his oath in due form of law that the statements herein are true.

THOMAS S. HIXSON
United States Magistrate Judge
Northern District of California

2

**FILED**

Oct 07 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

In the Matter of the Extradition of      )
                                          )      Misc. No. 20-71077 MAG
Lorenzo Medrano Gonzalez                  )

ORDER

The Court having received the Complaint filed on August 5, 2020, by Maureen Bessette, Assistant United States Attorney for the Northern District of California pursuant to the request of the Government of Mexico, for the provisional arrest and extradition of Lorenzo Medrano Gonzalez and an affidavit executed by Lorenzo Medrano Gonzalez and witnessed by his attorney;

Further, the Court having been advised in open session that Lorenzo Medrano Gonzalez is a fugitive sought by the Government of Mexico; that he is aware that the Government of Mexico has obtained a warrant for his arrest; that he has reviewed the Complaint filed by the United States Attorney for this judicial district; that he has been fully advised of his rights in this country pursuant to the extradition treaty in force between the Government of the United States and the Government of Mexico and Title 18, United States Code, §§ 3184-3196, and that he has knowingly and voluntarily waived those rights;

IT IS THEREFORE ORDERED that Lorenzo Medrano Gonzalez be committed to the custody of the United States Marshal pending arrival of the duly authorized representatives of the Government of Mexico, at which time the United States Marshal shall deliver him, together with any evidence seized incidental to his arrest and sought by the Government of Mexico, to the

3

custody of such authorized representatives to be transported to Mexico to be held for trial or other disposition; and

IT IS FURTHER ORDERED that the transfer of physical custody of Lorenzo Medrano Gonzalez, together with any evidence seized, shall be at such time and place as mutually agreed upon by the United States Marshal and the duly authorized representatives of the Government of Mexico.

The Clerk of the Court is directed to forward copies of this Order and the executed Affidavit of Waiver to the Director, Office of International Affairs, Criminal Division, Department of Justice, in Washington, DC, and the Assistant United States Attorney.

SO ORDERED, this 7th day of October, 2020.

THOMAS S. HIXSON
United States Magistrate Judge
Northern District of California

4